Exhibit #A

## General Information

| | | |
|---|---|---|
| Date: 5/4/2015 Monday | Time: 0715 | Status: Posted |
| Location: John Sealy OR Location | Room: JSOR18 | Service: Spine Orthopedics |
| Patient class: Hospital Outpt Surg | Case classification: TDC | |

**Frederick Shawnee Carter**
MRN: **367820N**                                                        Log ID: **280698**

## Case Notes
894301

## Patient Diagnosis

Pre-op diagnosis: recurrent herniation of lumbar disc , hernation of lumbar intervertebral disc with radic
Post-op diagnosis: herniated lumbar disc

## Panel Information

### Panel 1

| Surgeon | Role | Service |
|---|---|---|
| **Lindsey, Ronald Wayne, MD** | Primary | Spine Orthopedics |
| **Rowe, Lattisha Latoyah, MD** | Resident - Assisting | Resident |
| **Schrayer, Aaron Dale, MD** | Resident - Assisting | Resident |
| **Namm, Joshua Dustin, MD** | Resident - Assisting | Resident |

Procedure: LUMBAR DECOMPRESSION WITH FUSION/INSTRUMENTATION

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|
| N/A | Clean - uninfected, no tract entered | | General | Back |

### LUMBAR DECOMPRESSION WITH FUSION/INSTRUMENTATION (N/A) - Position 1

Body: **Prone**
Padded prone frame properly placed; allowing chest movement & decreased abdominal pre, Padding on occiput & elbows w/spinal alignment & safety strap on

Left Arm: **Padded Armboard**
Resting on padded arm boards and secured; palms down

Right Arm: **Padded Armboard**
Resting on padded arm boards and secured; palms down

Head: **Aligned**
Prone eye shield, Padded & supported in alignment w/spine, Forehead; eyes & chin padded & protected

Left Leg: **In Alignment**
Safety Belt, Knees padded w/pillows beneath lower legs & feet

Right Leg: **In Alignment**
Safety Belt, Knees padded w/pillows beneath lower legs & feet

Positioned by: **Richison, Galen, RN**
**Griffin, Ryan Cs, MD**
**Rowe, Lattisha Latoyah, MD**

Comments:

Exhibit #A-1

| signs and symptoms of injury due to extraneous objects.: | Nursing Interventions and Activities: | |
| --- | --- | --- |
| The patient is free from signs and symptoms of physical injury.: | Completed: **Yes** Nursing Interventions and Activities: | Confirm All |
| **Complete ALL** | | **Confirm All** |

## Fluid and Electrolyte Balance

No data filed

## Implants

| | Serial no.: | Model/Cat no.: |
| --- | --- | --- |
| Inventory item: SCREW SOLERA 4.75 TI NS BREAK OFF MEDTRONIC #5440030 | Serial no.: | Model/Cat no.: 5440030 |
| Implant name: SCREW SOLERA 4.75 TI NS BREAK OFF MEDTRONIC #5440030 - LOG280698 | Laterality: **N/A** | Area: **Back** |
| Manufacturer: **Medtronic** | Action: **Implanted** | Number used: **6** |
| Inventory item: SCREW SOLERA 6.5X30MM MEDTRONIC #54840006530 | Serial no.: | Model/Cat no.: 54840006530 |
| Implant name: SCREW SOLERA 6.5X30MM MEDTRONIC #54840006530 - LOG280698 | Laterality: **N/A** | Area: **Back** |
| Manufacturer: **Medtronic** | Action: **Implanted** | Number used: **2** |
| Inventory item: SCREW, MEDTRONIC SOLARA 6.5X45 #54840006545 | Serial no.: | Model/Cat no.: 54840006545 |
| Implant name: SCREW, MEDTRONIC SOLARA 6.5X45 #54840006545 - LOG280698 | Laterality: **N/A** | Area: **Back** |
| Manufacturer: **Medtronic** | Action: **Implanted** | Number used: **4** |
| Inventory item: ROD 4.75 CCM NS CURVED 70MM SOLARA MEDTRONIC #1475501070 | Serial no.: | Model/Cat no.: 1475501070 |
| Implant name: ROD 4.75 CCM NS CURVED 70MM SOLARA MEDTRONIC #1475501070 - LOG280698 | Laterality: **N/A** | Area: **Back** |
| Manufacturer: **Medtronic** | Action: **Implanted** | Number used: **2** |
| Inventory item: DBM PUTTY MAXXEUS 10CC CTS #2018-40 | Serial no.: | Model/Cat no.: 2018-40 |
| Implant name: DBM PUTTY MAXXEUS 10CC CTS #2018-40 - LOG280698 | Laterality: **N/A** | Area: **Back** |
| Manufacturer: **Community Tissue Services** | Action: **Implanted** | Number used: **1** |
| Inventory item: BONE, COMMUNITY TISSUE SERVICES CANCELLOUS CRUSHED (1 10MM) FREEZE DRIED 30.0 CC #1024-12 | Serial no.: | Model/Cat no.: 1024-12 |
| Implant name: BONE, COMMUNITY TISSUE SERVICES CANCELLOUS CRUSHED (1 10MM) FREEZE DRIED 30.0 CC #1024-12 - LOG280698 | Laterality: **N/A** | Area: **Back** |
| Manufacturer: **Community Tissue Services** | Action: **Implanted** | Number used: **1** |
| Inventory item: BONE, COMMUNITY TISSUE SERVICES CANCELLOUS CRUSHED (1 10MM) FREEZE DRIED 30.0 CC #1024-12 | Serial no.: | Model/Cat no.: 1024-12 |
| Implant name: BONE, COMMUNITY TISSUE SERVICES CANCELLOUS CRUSHED (1 10MM) FREEZE DRIED 30.0 CC #1024-12 - LOG280698 | Laterality: **N/A** | Area: **Back** |
| Manufacturer: **Community Tissue Services** | Action: **Implanted** | Number used: **1** |

Security taking
Walker Polunsky

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

Exhibit #B

**PART A:** (To be completed by offender)

Date: 9/3/15

Offender's Name: Frederick Carter

TDCJ No.: 2923315

Work Assignment: _____

Work Hours: _____

Wing No: 11-19

Service needed: ☑ Medical ☐ Dental ☐ Mental Health ☐ Other: _____

Reason for Health Services Appointment: Security took Walker as I was taken to Bldg. can not get up Nor walk without it, also they took white Back Brace / living on floor

How long have you had this problem? Hours: _____ Days: 9 without walker

"*In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee.*"

*Signature of Offender*

Part B: (To be completed by medical personnel – Do not write below this line

SEP 04 2015
KFA

Medical Reply: _____ Please discuss with NSg at your appt. Will talk to Security

KAbbate

Medical Staff Member's Signature          Date

HSA – 9 (Rev. 2/12)

 

## GRIEVANCE INVESTIGATION WORKSHEET
### Official Statement

| | Code: | | | | | |
|---|---|---|---|---|---|---|
| **Unit:**E2 | **200** | **Staff Name:** Classification Sgt. Parker | **Grievance #:** 2015173483 | **Date:** 07/09/15 |

| **Offender Name:** Carter, Fredrivck | **TDCJ #:** 1292315 | **Housing Location:** WP 202 |

In accordance with BP-03.77, you are required to participate in this investigation as noted. Address each allegation thoroughly. **Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of".** If you have no knowledge, explain the reason why, (e.g., I was on vacation; I was not assigned there, etc.). Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. **All grievances are confidential and may not be discussed between you and the offender or with other individuals.** You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. **The grievance may not be duplicated or shared with the accused staff member.**

### Please Provide the Following Documents

| | Participant(s) Statement: |
|---|---|
| | Witness(es) Statement (signed): |
| | Activity Logs (Recreation, Shower, Feeding) |
| | Shift Roster |
| | Ingress/Egress Log |
| | Property Confiscation Form |

Other:

| | Staff or Offender Protection Investigation |
|---|---|
| | Property Inventory Forms |
| | Property Logs |

**ALLEGATIONS:** Claims on 07/05/15 he was moved from an infirmary cell to a lock up cell; claims this is against his medical restrictions and not safe for him. Claims the room is not equipped for a hospital bed which he is required to have and too far from the nurses station. Claims no case was written and he should not have been moved.

**EMPLOYEE STATEMENT:**

**PRINTED NAME**                                   **DATE**

**SIGNATURE**          **RANK/TITLE**          **SHIFT/DEPARTMENT**

**SUPERVISORS COMMENTS:** Offenders are housed at the RMF based on Medical Need, Carter is housed appropriately

D Ballard
**PRINTED NAME**
O Ballard
**SIGNATURE**          **RANK/TITLE** Sgt          **DATE** 7/17/15          **SHIFT/DEPARTMENT** Classification

OG-01 Rev. 05/2014




*Exhibit #2*

## GRIEVANCE INVESTIGATION WORKSHEET
### Official Statement

| | Code: | | | | | |
|---|---|---|---|---|---|---|
| **Unit:** E2 | **200** | **Staff Name:** Classification/Sgt. Parker | | **Grievance #:** 2015173483 | | **Date:** 07/09/15 |

| **Offender Name:** | Carter, Fredrivck | **TDCJ #:** 1292315 | **Housing Location:** WP 202 |
|---|---|---|---|

In accordance with BP-03.77, you are required to participate in this investigation as noted. Address each allegation thoroughly. **Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of".** If you have no knowledge, explain the reason why, (e.g., I was on vacation; I was not assigned there, etc.). Your answers are to be factual, professional, and complete. Do not include opinions or unrelated comments. The Executive Director, Office of the Inspector General (OIG), Attorney General's Office and State and Federal Court Officials may review your response. **All grievances are confidential and may not be discussed between you and the offender or with other individuals.** You are expected to return this investigation within 10 working days of receipt. Additional time may be requested by contacting the grievance investigator. Sign and date the form in the designated locations when completed and return to the Unit Grievance Office. If you were provided a narrative copy of the grievance, it must also be returned to the Unit Grievance Office. **The grievance may not be duplicated or shared with the accused staff member.**

### Please Provide the Following Documents

| | |
|---|---|
| Participant(s) Statement: | *Note Security Justifies such move by false* |
| Witness(es) Statement (signed) | *statements, I was already G-5 & locked in a 3 2/* |
| Activity Logs (Recreation, Shower, Feeding) | *man cell + an Officer always* (Other:) |
| Shift Roster | *accompanied Medical Staff.* (Staff or Offender Protection Investigation) *also How* |
| Ingress/Egress Log | *aggressive can a Bed ridden* (Property Inventory Forms) *inmate be that had* |
| Property Confiscation Form | *Not assaulted nor threa* (Property Logs) *anything at any Staff!* |

*I was upset for No Shower for a week*

**ALLEGATIONS:** Claims on 07/05/15 he was moved from an infirmary cell to a lock up cell; claims this is against his medical restrictions and not safe for him. Claims the room is not equipped for a hospital bed which he is required to have and too far from the nurses station. Claims no case was written and he should not have been moved.

**EMPLOYEE STATEMENT:** *All beds or (rooms) at the RMF are infirmary beds. All rooms including the room that Offender Carter was moved to is equiped with an electrical outlet for a hospital bed because all beds at the RMF are hospital beds. Offender Carter was moved because he is aggressive towards medical staff, this room insures that a security officer will be present to unlock the door and be with medical staff. No case has to be written for a move to be done, offenders do not choose their own housing locations. Offender Carter is recieving the same medical care he was before he was moved.*

| **PRINTED NAME** – R. PARKER | | **DATE** – 7-15-15 |
|---|---|---|
| **SIGNATURE** *R. Parker* | **RANK/TITLE** *Sergeant* | **SHIFT/DEPARTMENT** *2nd RMF* |

**SUPERVISORS COMMENTS:** *All Rooms in the RMF are Medical Rooms the level of care does not change for any room an offender Lives in.*

| **PRINTED NAME** *M Gunnels* | | **DATE** 8-7-15 |
|---|---|---|
| **SIGNATURE** *MMS* | **RANK/TITLE** *Lt* | **SHIFT/DEPARTMENT** *RMF* |

OG-01 Rev. 05/2014

Offender Grievance Operations Manual
Appendix H

App. 25

Restricted & Confidential

| GRIEVANCE OFFICE USE ONLY | | STEP 1 X |
|---|---|---|
| | | STEP 2 |

| Unit: **E2** | Investigator ID: **I1780** | Date Initiated: 07/09/15 | Date Completed: **08/06/15** | Date Due: **08/18/15** |
|---|---|---|---|---|

| Offender Name: Carter, Fredrick | | TDCJ No: 1292315 | Grievance No: **2015173483** |
|---|---|---|---|

| Issue Code: 200 | EMERGENCY YES ( ) NO (X) | ADA ( ) Disciplinary ( ) Medical ( ) | Property ( ) Religion ( ) OPI Investigation ( ) | Use of Force (UOF) ( ) Harassment or Retaliation* ( ) PREA ( ) |
|---|---|---|---|---|

*Harassment or Retaliation for Use of Grievance Procedures, Access to Courts, or other Legal Activity

**NOTE: Offenders are not allowed to review the grievance investigation worksheet at any time.** For claims of sexual assault, sexual abuse, criminal acts by staff, excessive or unreported UOF, the investigation must be conducted by the Office of the Inspector General (OIG) and the OIG Fact Sheet completed.

**Summary of Issue:** *(include date, time and location):*

Claims on 07/05/15 he was moved from an infirmary cell to a lock up cell; claims this is against his medical restrictions a not safe for him. Claims the room is not equipped for a hospital bed which he is required to have and too far from the nur station. Claims no case was written and he should not have been moved.

**Requested Remedy:**

Moved back to infirmary

The following is to be completed and signed by the Investigating Official. Attach statements/support documentation, if applicable.

**Summary of Fact Finding Activity:**

Statements from: Ballard
UCR 02

**Suggested Response to Offender:**

Your complaint has been noted. Chief of Classification states offenders are housed at the RMF based on their medical needs. You are appropriately housed. No further action is warranted.

| OUTCOME CODE: D | RESOLUTION CODE: 2.02 | (Grievance Office Use Only) |
|---|---|---|

Investigating Official completes the section below.

| Printed Name: | M. Nichols | Signature: | |
|---|---|---|---|
| Title: | INV. III | Date: | 08/06/15 |

This grievance is being processed in an effort to resolve a problem through the established identified in BP-03.77 and AD-03.82. It is expressly prohibited to subject the grievant, other offenders, or staff to any form of reprisal for the use of these procedures.

OG-01 Rev. 05/2014

Exhibit # 4-A

# CORRECTIONAL MANAGED CARE
# PHYSICAL THERAPY CLINIC NOTE

**Patient Name:** CARTER, FREDERICK S  **TDCJ#:** 1292315  **DATE:** 09/08/2015 11:48  **Facility:** ESTELLE (E2)

**Nurse Protocol:**
  Np - Eye/ear/nose/throat Complaints First Observed 8/26/2012 10:35AM

**Not Specified:**
  Tb Class 0 (no Exposure Pulm. Tuberculosis) First Observed 4/17/2006 10:45AM
  Mental Health Psychiatric Target Symptoms First Observed 2/6/2007 10:25AM
  Social History First Observed 2/6/2007 01:34PM
  Mental Health Case Mgmt Problems And Trmt Objectives First Observed 2/6/2007 01:34PM
  Hyperlipidemia First Observed 10/5/2012 11:14AM
  Back Disorder Nec/nos First Observed 11/5/2012 09:30AM
  Offender Returning From I/p Psych Facility First Observed 10/4/2013 09:54AM
  Knee Pain First Observed 11/22/2013 11:23AM
  Disturbance Of Skin Sensation First Observed 2/3/2014 08:59PM
  Schizophrenia, Paranoid Type First Observed 3/25/2014 12:26PM
  Contact Dermatitis And Other Eczema First Observed 12/12/2014 09:45AM
  Spinal Stenosis Of Lumbar Region First Observed 1/31/2015 10:23AM

PHYSICAL THERAPY EVALUATION

SUBJECTIVE:
Pt's Pain Level: 3/10 today at the lumbar area
PMH: HTN, Back surgery in 5/1/15
Pt's goals:  Wants to get AD for walking
Past Physical Therapy: yes here at Beto and E2
Precaution's:  fall, universal
PLOF:  Independent in ADL, and Walking with walker



OBJECTIVE:
Pt is 49 year male who comes to OT from TL unit today
OT requested to see him due to his needs of AD for walking
Pt had S/P S/P L4-S1 decompression, instrumentation and fusion 5/1/15
Pt started his post op rehab on 6/17/15 and he received here at E2 until 7/20
Pt transferred to Beto unit and received rehab from 7/28/15 to 8/6/15
Pt re-assign to TL unit with walker. He was doing at TL unit
Pt was refer to OT back in June when he was here at RMF
Pt is Independent in all Transfers and ADL
Muscle Strength in Rt LE is 3+ to 4/5
Pt wearing the back braces which was given by HG
Pt comes to PT without his walker for walking
Gait:  slow, small step and risk of fall. Balance in walking is poor to fair without AD
Pt said TL unit took me to free world hospital last week, not sure what happen to my walker



SUMMARY OF FINDINGS
Patient presents with:
1.     Pain at the low back 3/10
2.     Able to do his daily activities without any c/o.
3.     Pt had Post rehab here at E2 and at Beto before he was assign to TL unit
4.     Decrease strength in Rt LE
5.     Poor gait pattern and need AD to walk

GOALS:
1.     Increase strength in Rt LE
2.     Maintain the current level of ROM and Strength

Exhibit #4-B

CORRECTIONAL MANAGED CARE
# PHYSICAL THERAPY CLINIC NOTE

**Patient Name:** CARTER, FREDERICK S  **TDCJ#:** 1292315  **DATE:** 09/08/2015 11:48  **Facility:** ESTELLE (E2)

3.        Independence with HEP (Received at Beto)
4.  ✹     Provide AD to walk safer and prevent fall  ✹

PLAN OF CARE:  PT gave him a set of home exercises for the back which include stabilization exercises with instruction.
     ✗     PT issued walking cane today with pass due to his walker is at his unit.
            Recommend his unit medical please provide his walker back to his to use for walking.  ✹
            Once he get his walker back the walking cane be return to unit medical
            No recall.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 9/8/2015 12:07PM | PT-PHYSICAL THERAPY VISIT ENCOUNTER CREDIT (F) | back disorder nec/nos | | |
| 9/8/2015 12:07PM | CP-PATIENT EDUCATION | back disorder nec/nos | | |
| 9/8/2015 12:07PM | RS-CPT PHYSICAL THERAPY EVALUATION | back disorder nec/nos | | |
| 9/8/2015 12:07PM | RS-CPT GAIT TRAINING THERAPY | back disorder nec/nos | | |
| 9/8/2015 12:07PM | RS-CPT UNLISTED THERAPEUTIC PROCEDURE | back disorder nec/nos | | |

Electronically Signed by RAVICHANDRAN, GIRIRAJ PT on 09/08/2015.
##And No Others##

✓ 9/21/15

Exhibit #5 *

Dear Ms. Carter & Ms. Pope,

    I am writing the 2 of you to extend my deep gratitude and appreciation of Both of you working diligently and together to provide me with my walker back which "someone" has failed to return to me since August 24th, 2015. As you have witnessed I have been suffering greatly in my efforts to walk and get around. Medical has been giving me loaner wheel-chairs and walker only to transport me to and from the chain bus and also Back to my pod only to take These items back away from me and thus leaving me to fend for myself. Offenders have had to carry me on and off of the chain Bus due to my condition being so grave. where I couldnt walk Therefore I am saying Thank you all so, so, very much! I can't believe medical has made me suffer so long before returning my walker. But that was them yet. The 2 of you, I would like to commend for helping me out, Even Though I did fall extremely hard prior to recieving my walker which the 2 of you so graciously provided to lay awkward and was transported to the E.R. But Thank God the 2 of you had my walker, ready, waiting and assigned to me along with my pass even! Now that was truly a blessing and I have you Both of ladies to Thank beyond what any thing words could ever express. describe or I feel so much Safer and secure in maintaining my balance adding support to my Back Surgery weakened legs; whenever I attempt to walk, Thank you very very much ladies!, From Ms. Carter's Namesake,

Have a nice day, God Bless;    Frederick Carter
9/21/15    #129231 5  B-57 Bottom
"Smile" ☺ I can Now, Thanks to the 2 of you! I can walk also



Exhibit #6                    22 April 2015

Patient Frederick Carter,

   I am going to be honest with you, even I didn't know Polunsky had a handicap
shower in 8 Building. I was talking to the warden about it and he had to ask one
of the Captains if there was a handicap shower in 8 Building. I think that your
request should have been for a handicap shower pass not a medical shower pass.
A medical shower pass means that you come to medical to shower. That is not
going to happen. Difference in words can result in things being held up. Not your
fault. I didn't even think about a handicap shower myself because I didn't know
Polunsky had one. Regardless, I think the situation has been resolved. Please let
me know if you are not being allowed to use the shower. Also, you are leaving in
about a week to have the surgery. Hope this helps.


Mr. Stalinsky
Sr. Practice Manager
Plane / Hightower / Henley / Polunsky / Cleveland

My Housing 8J - 28 Bottom

Both
LS + POL

Stalinsky 2/27/15

Copy Both Sides

FEB 27 2015
Exhibit 8 #17

Administrator Stalinsky,

I have previously been in contact with you about my medical situation and you have been of the utmost help to me! I did have a X-Ray and MRI and it was the Neuro-surgeon's conclusion that I need surgery. I have been suffering pain since 2012 after my hemilamenectomy and discetomy and I had not been seen nor had any type of follow-up until these X-Rays and MRI in Jan. 2015. I had a fall on Jan 19th 2015 and my physical condition has deteriorated tremendously and I am at a point where I can barely take care of myself, and I am in the most pain and discomfort than eve I saw Dr. Diane Jackson here at Polunsky and she gave me more pain meds and a kenelog 40mg shot on Feb. 25th 2015. Also she stated to me that I was waiting for surgery but Correctional Managed Care had to approve such operation. I am writing to you to maybe review my situation and talk to the Neuro-Surgeons at Galveston and try to contact CMC and get them to expedite my approval for sergury. Because I am at an all-time low in my physical condition. Since falling I am not at all in very good condition at all and I need this surgery as soon as possible. Please help me, Please. Also Please Respond as soon as possible, I




Patient Frederick Carter,

I read the note on 2-25-15 about surgery yet I do not see an appointment for it. That has me concerned because things fall through the cracks. Not saying your surgery did, but I will have to investigate further with Hospital Galveston. Please write me back on 3-6-15 to inquire about the surgery. I need time to investigate. Thanks.

Mr. Stalinsky
Sr. Practice Manager
Plane / Hightower / Henley / Polunsky / Cleveland / Lychner / Kegans





Exhibit #9

MAR 1 3 2015

Mr. Stalinsky,

Thank You so very much for all the help which you have provided to me during this rough ordeal. I got your Response to my letter on 3/11/15 and told me to write back on 3/6/15. Lord I have fell through the cracks before and I hope that this is not the case this time.

I have another issue to bring to your attention, I am now off of G-5 status and I have to walk to meals, pill window and Necessities. I fell on my way to chow on Wednesday and I just cannot take care of myself out in G-4 status. My leg is giving out more and it's hard for me to take care of myself. I don't want to go back to closed custody, but I Need a better environment to facilitate my needs right now until I have this surgery, I went to sick call on the evening of 3/11/15 and told the nurse of my needs and she stated that the infirmary here on Polunsky was full. With myself in this dire situation, I feel that a bed should be made available to me with these extreme conditions which I am suffering from until I have surgery to allow me to cope and live in the General population environment. The records will show that I am messed up and Need surgery, I just don't know why staff here can't facilitate me with a proper environment, Mr. Stalinsky I just can't take it by going and walking to get all of my necessary accommodations and supplies. I Need a bed in the infirmary as soon as possible because I just can't take care of myself out here and like this. Thank You Please Respond





17 Mar 2015

Patient Frederick Carter,

　There is no bed availability on Polunsky's infirmary. Every bed is being used. My suggestion is to ask the provider to evaluate you concerning your housing restrictions. I am still trying to find out why a date has not been set for your surgery. I am having one of my associates contact Hospital Galveston scheduling department to find out what is going on. Regardless, submit a SCR asking a provider to evaluate you for your restrictions. Maybe a walker is needed to keep from falling? I do not know. That will be a provider's decision. Hope this helps.

Mr. Stalinsky
Sr. Practice Manager
Plane / Hightower / Henley / Polunsky / Cleveland

Mr. Stalinsky

Frederick Carter 85-28 Bottom

Mr. Stalinsky, thank you for responding as usual to my last letter to you. This time I am writing about a very disturbing situation which I even make you abreast of some time ago. After writing the Doctors, having severe Doctor's visits and by letting you also know that I desperately needed a handicapped shower, and upon these Doctors telling me that the infirmary was full, I didn't meet the criteria for the infirmary, and they even tried to move me to 11 building so that I would have to walk as far to activities, because as they stated "that is all that they can do" Seeing about that, I was having serious problems just to walk and to get around, I didn't meet the criteria for the infirmary yet I am injured so severely that I need surgery and the Doctors said that after surgery I could be housed in the infirmary. I'm all broke down and I can be housed in the infirmary only after I go through surgery and I am fixed. Don't make very much sense for someone in my severe condition. The last visit to Dr. Jackson due to my declining ability to get up and down, in and out of bed, I was being given a bedside commode along with requesting Dr. Jackson for a Handicapped shower and once again she said that there wasn't anything that she could do. Then about 6 days later I fell in the shower and re-injured my Head, Back and arm and I fell so hard it knocked out my teeth out, I knew that something ... they should have been moved you to 71-8 building because you have a handicapped shower. I think also now I was very pissed off because these Doctors ...

Exhibit #12    4/29/15

Mr. Stalinsky, I am in total astonishment that I am being subjected to these kind of restriction, rules and regulations which are constricting and ___ me to medical ___ ___ which is ___ given to provide a month ___ and secure environment where ___ I was given this order after ___ ing, bagging and doing everything within my ___ or 4 different doctors ___ informing the Doctors who were ignorant of the fact that a handicap ___ even existed. Then on 4/17/2015 I was given the pass and ___ 4/30/15 and I haven't had but about 3 showers in the handicapped ___ because of the Guards unwillingness to escort me to this handi- capped shower. Also it is hard enough to get a shower in the regular ___ easily by all inmates and on top of that I wrote Class ___ ___ Duff ___ ___ charge ___ ___ ___ ___ a date ___ ___

'5/or 4/19 then I documented it again when I wrote on 4/2 ___ because of no response by him and told Mr. Duff that he moves people all ___, everyday for all kinds of reasons yet none of the magnitude of Sa- ___ orders to set a handicapped shower ___ and he has told ___ of every attempt to have the ___ ___ ___ ___ where the handicapped shower is located. I even explain to Mr. Duff that ___ was a problem locat- ___ ___ the handicapped shower because the ___ officers don't know ___ ___ It is to the point now, that if ___ expect to get a shower, the officers even tell me that they ain't got time ___ ___ ___ ___ and if I want a shower at all I had best take ___ ___ ___ ___ ___ there ___ I have no choice but to accept ___ I even want a shower. I can't even get moved ___ ___ under ___ circumstances ___ ___

This pass is of no use ___ ___ ___ ___ ___ ___ repeated attempts to get a ___ to the handicapped shower ___ ___ necessity of ___ ___ ___ ___ ___ Duff and wrote him again ___ ___ ___ to get moved to ___ ___ ___ ___ ___ ___ ___

___ you. He surely has ___ ___ ___ ___ ___ ___ ___ ___ and maybe he will ___ I guess that because ___ don't ___ ___ ___ ___ ___ ___ ___ ___ ___ given a pass, I must be this person ___ ___ ___ ___ ___ to being such that Doctors should contact ___ ___ ___ Traveling when it ___ ___ ___

DEAR Mr. Moore,

* Use for Both Cases *

I have a serious medical issue which needs your attention as soon as possible! I had Back Surgery in Oct. 2013 and I was recovering very well until I Fell from a top Bunk on The Byrd Unit on Jan. 19, 2015. In May of 2015 I had a Lamenectomy and Disikectomy with Fusion and Rod Instrumentation, I have Been to therapy on a couple of occasions yet I still walk with a walker and wear a Backbrace. My legs are extremely weak and my right leg is useless (Dead). I still have tingling + numbness in Both legs and extremeties, especially both Thighs. My mobility is very very poor and I Labor tremendously just to walk, sit, stand and do daily function. On August 25th 2015 my walker was taken from me for no apparent logical reason and I suffered another fall. Medical Staff failed to provide me with a Walker, telling me That they lost mine which was taken on August 25th 2015 when They transported me by gurney. I went to Estelle Unit on Sept. 24th 2015 without Medical here at Polunsky giving me any type of walking aide whatsoever. Upon the Medical Staff at Estelle Unit Clearly seeing that I could not hardly walk without other inmates assisting me, The Physician at Estelle's Physical Therapy searched desperately for me a walker yet None was available, though he did give me a medical cane to assist in my Walking to prevent me from falling again. He also made a Note on the Computer for Polunsky Medical to provide me with a walker immediately upon my return. I returned on Sept. 9th 2015 and I wrote sick calls, grievances a few so later I was ever told that the Notes to provide me with a walker was on the Computer but The Medical Staff here at Polunsky still failed to adhere to those instructions. On September 21st 2015 during lock-down on the Rec. Yard I suffered another fall at which time the Medical Staff here at Polunsky finally gave me my walker Back. These falls have been detrimental to me recovering and I am in very bad shape and I have walking, housing, bunk, sitting + standing restrictions all of which this facility does not facilitate. The Walking Distances are astronomical and way over my limitation for someone in my condition. The wet and slippery walkways outside due to the weather or inside due to the humidity when I have slippers surface, Restrictions. I have to live with a cellmate which requires me to give him his "cell time" and I must sit and stand periodically for 8 to 9 hours a day. I can't go to the Dorms here because I take psyche meds, where I could have my own cubicle and lay in bed if my pain warranted such. Also even Now with my condition in terrible shape I do not even have access to a handicapped shower once again after on April 3rd 2015 here at Polunsky I fell in the shower and Knocked out my front tooth. I Had an appointment with the Provider here on May 10th and she strongly did concur with me after examining me and a visible inspection that I do need a facility which will meet my restrictions and suit someone as myself with such Need to assist me to see what would be right severe disabilities. Therefore she tried to made Notes of such on the computer, yet said she don't Know if anything will be done. Thats Pitiful! I need to be transferred to a walker-friendly less walking Distance and Dorm Housing such as Justice or Powledge Units. I am asking for your help in getting me transferred to a unit which is more suitable for my disabilities. I also

need to be housed in the appropriate housing area here at Polunsky with a handicapped shower which I can access. The Doctor also stated that she put in the computer Notes for another older inmate in the same dire condition which I am in physically and she said over 3 weeks now and He is still on This unit. Seems like inmates visibly and obviously handicapped to a severe state as myself should undoubtedly be transferred to a facility to better suit them, and it should be done so immediately because This is ridiculous to have to suffer like this & walk over a hundred + some yards one-way to the dining hall, deal with the elements of wet sidewalks as trip + fall hazards especially when it takes me forever to walk these outrageous distance because I walk on a walker very very very slow with inter-mediate rest breaks. This Unit is Not at all appropriate for me nor the physical Condition which I am in and the Doctor has even made her Notes to the same effect, so I am desperately seeking your help to get me to an ADS unit with Dorms such as Justice Unit or Powledge Unit. But any indoor, less walking distance and available handicapped showers would be fine. Please Assist me in this matter as soon as possible. Thank You
+ God Bless

Frederick Carter
# 1292315

5/12/2016

MAY 1 4 2016

As per policy, informal grievances must be submitted on an I-60. **Please resubmit a brief statement.**
Kevin Moore, SPM

Dear Medical Administrator, I have some serious concern
as to my treatment and current physical condition which I am
in. I had major Back Surgery in May 2015 - (a Laminectomy
and disckectomy with Rod instrumentation). I have had serious
problems from this date and I have been seen numerous times by
the provider and each time the provider fails to even take
any X-rays since the surgery date and after- which I had a
violent falls in august September of this same year + was treated by
this unit's ER. Even then after complaining of Back + serious hip
Pain after this fall occured, the providers here still have not ordered
any X-rays to see if my back was re-injured or even worse, if
maybe the rod instrumentations shifted or moved and this is the
reason for which my physical condition has quickly been
deteriorating and I stay in constant pain and grunt and moan
at the slightest movements that I even make. I was told by
the providers that my condition would slowly progress and get
better, but I just don't see it because it just isn't happening and
it is very evident that my condition is worsening more + more
each day! I strongly feel that with such instrumentation +
disc problems that an X-ray atteast should have been performed
a long long time ago after surgery 1st + non the less, after my
September fall. Since my surgery in 2015 I have not had
not one follow-up where a X-ray was taken to see if the
rod instrumentation or my discs remained in place and are
OK. I don't understand this method of care. Something is wrong
with my back and going to the provider and recieving more
Non-aspirin for pain just isn't cutting it. I atteast need
someone to take an indepht look at imaging to see what in the
world is wrong with my Back, legs, knees + hip. As always I
don't think that you will Respond as usual, but I have made a
carbon copy of this letter to maintain for my records because I'm going
to continue to pursue + write to every one to get my adequate medical attention



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
## SICK CALL REQUEST



**PART A:** (To be completed by offender)  Date: **3/17/15** Exhibit #15

Offender's Name: **Frederick Carter**  TDCJ No.: **1292315**

Work Assignment: _____  Work Hours: _____

Wing No: **8 J – 28 Bottom**  School Hours: _____

Service needed: ☒ Medical ☐ Dental ☐ Mental Health ☐ Other: _____

Reason for Health Services Appointment: **I need to be housed in infirmary can't walk and need handicapped shower, Need done immediately**

How long have you had this problem? Hours: **27** Days: **20**

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

**Signature of Offender**

Part B: (To be completed by medical personnel – Do not write below this line)

Medical Reply: You have a pending provider appt that was scheduled during lockdown to address this concern, so will be rescheduled  MAR 17 2015

**Medical Staff Member's Signature**  **Date**

HSA – 9 (Rev. 2/12)

---

Eastern Cases Trying to get Handicap Shower

M e d i c a l (3B) Sick Call  4/9/15 Exhibit #16

I have been pleading and begging to be moved to infirmary to have access to handicapped shower, did'nt qualify. Tried to be moved to a wing with Handicapped shower and neither Doctor knew if one existed. Got Urinal because of how severe it is for me to get up & walk in mornings. Took shower one morning and fell and injured self including knocking out a front tooth. On 4/7/15 Officers and offenders told me that a handicapped shower exist on 8J building and not only does it exist, but it is right next to the wing that I am housed on. Sad sad the provider did'nt help me for as long as I requested for such. Also I need to know if CMC has approved surgery. Need as soon as possible, suffering severely. Need Handicapped shower and to be moved to J-1 section. Thank You Frederick Carter #1292315 4/9

See provider 3/30/15 Please review and note does not order medical shower.  APR 10 2015 your surgery is coming up

Ms. Curry

I am trying to find out the improbable cause and reason which I am not qualified to be housed in the infirmary. Under the circumstances that I am clearly handicapped with a back brace and cane along with being severely incapable of walking and showering in a regular shower, I don't see why in the world I don't not qualify to be housed in a secure and safe environment as I wait to undergo surgery. In my condition I am even more astonished that I am not provided a handicapped shower. Mr. Stalinsky is only Temporarily here on site and I need a quick response because I feel that this is a grievable issue and the Patient liasion, Executive Medical director and Unit Medical Director need to be kept abreast of and aware of. If is hard for me to walk and get necessities, showers, pill window and chow and under the serious condition which I am suffering, I should not have to endure such. It alarms me that a proper plan has not been systematically put in place to provide the proper facilatation and Housing for offenders in the situation which I am in. The Doctor saw me on 3/18/15 and stated they couldn't assist me, nor did He even know if a handicapped shower was available in General Population. That's astounding! Could you please Respond as soon as possible because I need some relief as soon as possible! Thank You

Frederick Carter #1292315 8J-28 Bottom

SPM KAG6otto

3/25/15 GFD

Nurse Curry,

I have been desperately awaiting a response from you in regards to my letter of 3/19/15 because my physical condition is rapidly deteriorating and I am in need of your help and assistance to provide me with and relief within your realm or grasp. I am in Bad shape Ms Curry and I am seemingly not making any progress to succeed in getting anywhere. Maybe to shed a little more light on my situation, I will enlighten you to some of the facts. I had a hemilamenketomy and discketomy in Oct 2012, I recently fell from a top Bunk on 1/19/15, I then went to Galveston on 1/20/15 for a X-ray, then returned to Galveston on 1/23/15 for a MRI, On back to Galveston on 2/17/15 and notified by the Neuro-surgeon that I had been severely injured and I need surgery. Since This time I have become incapable of walking which since 2012 I have worn this big corset styled Back brace and already walk on a cane. My condition has worsened severely since that time, as you witnessed when I spoke to you in the infirmary on 3/18/15 about Mr. Stalinsky and when he would return. I spoke with Nurse Jackson prior to this on an appointment and she stated that CMC approval was all that I was waiting upon. I tried to get better housing due to my lack of walking capability and a handicapped shower because when my back and That sciactic nerve decapatating pain occurs, I instantly fall. Now I Then on 3/18/15 when I spoke to you, I had an appointment with the Doctor at which time he stated that the hospital was full and I did not meet the qualifications to be housed in the infirmary.

Copy Both Sides

and do not have to walk, maybe an immediate transfer to a facility which meets my medical condition and need at this present time. Ms Curry you seem to be a very nice and caring lady, that is exactly why I am reaching out to you for any and all assistance which you may give me or proffer up on my behalf by using whatever pull and persuasion that you may have around here and with Galveston. It's not in vain nor is it for an offender trying to play games or present a problem when they truly do not have a problem. Ms Curry I am in bad bad shape and I am mentally and physically fatigued and my body with all this pain has gotten me close to the point of giving up, because I can't seem to get any help that I most graciously need. In the mornings the pain and severity of my suffering is so bad, my celly has to help me to the toilet in the mornings. The mornings are the worse of all, very intolerable. The rest of the day is bad just as well, but the mornings are inexplicably rough. Please Ms Curry I am begging, pleading and any thing else I may need to do to you for some help Maam and after seeing you talk to Offenders and after talking to you myself, it just gives me a strong sense that I have faith in you getting something done for me and as hard as it has been for me to sit upright and write this autobiography ☺ smile, I think that it is all worth it because I think that it is

* Eastern *
Cases + 
Letter to
Dr Diane Jackson

See Back

4/14/15 Exhibit #19 Frederick Carter
#1292315

APR 15 2015

Copy Both Sides

Dag-gone Dr. Jackson, I saw you 2 weeks or so ago, and you saw the pain and difficulty I was having walking and so forth along with the intense pain I was and have been suffering from and you gave me a bed urinal because of my inability to walk and get around then you said that you were going to give me some KOP pain meds and re-new my lotion. I've been waiting and today 4/14/15 I asked about such and the Pill Nurse said that it wasn't on the computer, That you must have forgot to put it on there. Then I begged + begged for a Medical Shower and you talk to Dr Nguyen as I have tried to get a Medical Shower from him also and you all said the infirmary was full and I didn't meet the Criteria to be housed there anyhow and you couldn't do anything. Then on 4/3/15 I fell in the shower hurting my back and Head along with Knocking out my front tooth, medical responded. During this time, officers told me that they should have moved me to 8J-1 pod where there is a Medical Shower. Right Freakin next door to the Pod I am housed on and no-one ever helped me after I begged and pleaded to you all. I can tell that you all like me did not know a medical shower was out here and especially right next door to where I am housed. Man Ole Man, can you please get me moved to 8J-1 pod and could you please order my pain pills KOP and re-new my lotion. I am so discouraged that I had to fall, Knock out a tooth and hurt myself after begging you all for a medical shower over + over and over again, and then find out that one is right next door to where I have been housed all of this freakin Time! I cannot believe you forgot to order the pain KOP which you said ⤵

*Eastern* Cases
Shower + them not knowing
Handicap existed
shower in GP
#20

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)

Date: 4/13/15

Offender's Name: Frederick Carter

TDCJ No.: 1292315

Work Assignment: _____

Work Hours: _____

Wing No: 85 - 28 Bottom

School Hours: Providers didn't know medical shower available

Service needed: ☑ Medical ☐ Dental ☐ Mental Health ☐ Other: Sent in Sick Call on 4/9/15, stated

Reason for Health Services Appointment: Seen by Provider on 3/30/15 and note does not order medical Shower. When seen neither Doctor knew of Medical Shower available. It wasn't an option on 3/30/15 because they didit know, I have fallen and a shower is available and I need

How long have you had this problem? Hours: _____ Days: _____ to be housed next door in

(Doctor ordered lotion + heart 85-1 pod to prevent harming got yet + KOPS ordered myself again falling in shower until surgery Please help me! ASAP

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

F. Carter

**Signature of Offender**

**Part B:** (To be completed by medical personnel – Do not write below this line)

Medical Reply: _____

no Medical Shower ordered at this time BO

APR 12 2015

Medical Staff Member's Signature _____ Date

HSA – 9 (Rev. 2/12)

---

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)

Date: 4/14/15

Offender's Name: Frederick Carter

TDCJ No.: 1292315

Work Assignment: _____

Work Hours: _____

Wing No: 85 - 28 Bottom

School Hours: _____

Service needed: ☑ Medical ☐ Dental ☐ Mental Health ☑ Other: You answer my Sick Call + say No med

Reason for Health Services Appointment: shower ordered. No joke. I need to see the Provider to let them know that a med shower exists right next door to me. The providers are un-aware of this or they would have given me med shower. I just need to see the

How long have you had this problem? Hours: _____ Days: _____

Provider because I still fear falling in the freakin shower again.

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

F. Carter

**Signature of Offender**

**Part B:** (To be completed by medical personnel – Do not write below this line)

Medical Reply: _____

PSC
BOllaRN
BO

APR 16 2015

Medical Staff Member's Signature _____ Date

HSA – 9 (Rev. 2/12)

*Exhibit #22*

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** CARTER, FREDERICK S  **TDCJ#:** 1292315  **Date:** 04/03/2015 09:00  **Facility:** POLUNSKY (TL)

| **Contact Provider** | | |
|---|---|---|
| Name of Provider Notified: | | Time: |
| Provider Orders: | | |
| | | |
| | | |
| | | |
| | | |
| Orders obtained and read back/verified by: (Name) | | |

Details of abnormal findings and ongoing assessment and care.

| Time | Nursing Notes | Initials |
|---|---|---|
| 0734 | Arrived in 8 building, Jpod shower to find pt sitting with back against the wall, with cloth washrag to his mouth and bottom right tooth in his hand. Alert and oriented, and answers appropriately. Stood with assistance and escorted by C.O. to stretcher. Transported to medical. | pg |
| 0745 | Arrived in medical ER. VS slightly elevated. Pt anxious, but reassured. Dental notified. Pt remains alert and oriented. Pt c/o pain to left temple, pupils equal and reactive to light. Given ice bag. No visible bruising, edema or bleeding. Ice bag applied to left temple. | pg |
| 0800 | Resting quietly. No complaints voiced. Remains alert and oriented. | pg |
| 0810 | Released to Dental. | pg |
| | | |
| | | |
| | | |

| VITAL SIGNS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | Temp | BP | Pulse | Resp | SPO2 | FS/BS | FHT | Initials |
| 0750 | 98.5 | 160/109 | 80 | 20 | 96% | | | pg |
| 0805 | 98.5 | 150/90 | 80 | 20 | 98% | | | pg |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

HSM-16

TEXAS DEPARTMENT OF CRIM~~~ ~~TICE — INSTITUTIONAL DIVISION

INMATE R~~~ ~~O OFFICIAL 5/4/M

REASON FOR REQUEST: (Please check one) Sick Call Cane

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

Exhibit #23A

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

Copy Back also

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

6. ☐ *Parole requiremer~~~ Counselor)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Medical

(Name and title of official)

DATE: 5/4/12

ADDRESS: Polunsky

**#23 b**

**SUBJECT:** State briefly the problem on which you desire assistance.

Could you please provide me with another cane or find mine, because mine was not given to me when my property was given to me in 11 Bldg. Last time my walker was done like this, it took you over a month to give to me

**Name:** F. Carter ~9235 **Unit:** _____

**Living Quarters:** 11 Bldg 23 cell **Work Assignment:** _____

**DISPOSITION:** (Inmate will not write in this space)

NSC
Warden

MAY 5 2017

✩I-60 (Rev. 11-90)