IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| FREDERICK CARTER | § | |
| VS. | § | CIVIL ACTION NO. 9:17-CV-40 |
| BRAD LIVINGSTON, *et al.*, | § | |

## ORDER

The civil rights complaint filed by plaintiff in the above-styled cause has been referred to the undersigned United States Magistrate Judge for consideration. The Court has determined that plaintiff states factual allegations which, if true, state a cause of action under Title 42 U.S.C. § 1983 against the defendants. Upon such review, it is hereby

**ORDERED** that defendants shall have thirty (30) days from the receipt hereof within which to answer or otherwise plead. Pursuant to the written consent of the Texas Attorney General's Office, copies of the complaint, attachments, and orders will be served electronically upon the Texas Attorney General, counsel for the defendants, and will be directed to the attention of: gloria.chandler@texasattorneygeneral.gov, elizabeth.mejia@texasattorneygeneral.gov, and led_docket@texasattorneygeneral.gov. *See* FED. R. CIV. P. 5(b)(2)(E). It is, further,

**ORDERED** that within thirty (30) days after an answer is filed, the parties are to disclose to each other all information relevant to the claims or defenses of any party. The parties shall promptly file a notice of disclosure after such disclosure has taken place. No further discovery will

be allowed except on further order of the Court. Furthermore, Conferences under Federal Rule of Civil Procedure 26(f) and 16(b) are not required except on further order of the Court.

SIGNED this 7th day of May, 2019.

_____
Zack Hawthorn
United States Magistrate Judge