# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| **FREDERICK CARTER,** §<br>      **TDCJ #01292315,** §<br>             *Plaintiff*, §<br>  §<br>**v.** §<br>  §<br>**BRAD LIVINGSTON, et al.,** §<br>             *Defendants.* § | **CIVIL ACTION NO. 9:17-CV-00040** |

## THE OFFICE OF THE ATTORNEY GENERAL'S ADVISORY

Pursuant to the Court's *Order* signed May 7, 2019 [ECF No. 23], The Office of the Attorney General, as amicus curiae, advises the Court that it is unable to identify Defendant Nurse Henry in Plaintiff's complaint [ECF No. 2]. The Office of the Attorney General contacted the Office of General Counsel for The University of Texas Medical Branch ("UTMB") to identify Defendant Nurse Henry. UTMB does not have any records of any medical providers with this name or a nurse in its employ with a similar name; therefore, The Office of the Attorney General does not have authority to file responsive pleadings for this individual.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Melissa A. Russo
**MELISSA A. RUSSO**
Assistant Attorney General

Attorney-in Charge
Texas State Bar No. 24099941
melissa.russo@oag.texas.gov
Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109

**AS AMICUS CURIAE**

## NOTICE OF ELECTRONIC FILING

I, **MELISSA A. RUSSO**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above in accordance with the Electronic Case Files System of the Eastern District of Texas on June 7, 2019.

/s/ Melissa A. Russo
**MELISSA A. RUSSO**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **MELISSA A. RUSSO**, Assistant Attorney General of Texas, certify that a true copy of the above has been served by placing it in United States Mail, postage prepaid, on June 7, 2019, addressed to:

Frederick Carter, TDCJ #01292315
Hughes Unit
Rt. 2 Box 4400
Gatesville, Texas 76597
**Plaintiff *Pro Se***

/s/ Melissa A. Russo
**MELISSA A. RUSSO**
Assistant Attorney General