# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| FREDERICK CARTER, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 9:17-CV-00040 | |
| § | | |
| BRAD LIVINGSTON, *et al.*, § | | |
| *Defendants.* § | | |

## *AMICUS CURIAE* ADVISORY TO THE COURT

Pursuant to the Court's Order dated May 7, 2019 (ECF. No. 23), the Office of the Attorney General ("OAG"), as *amicus curiae*, advises the Court that it needs more time to locate and obtain authority to represent Lieutenant Andrews, Officer Mays, Officer Martinez, Officer Boyd, TDCJ Polunsky Security Officer #13 and Officer Glosson. Plaintiff Carter has not supplied first names and the allegations in his complaints are several years old; the OAG is diligently attempting to determine the identities of the above-named Defendants to secure the right to represent them in this lawsuit. Because the OAG does not have yet have the authority to represent these Defendants, the OAG cannot file an answer or responsive pleading on their behalf at this time. The OAG will continue to try to locate these Defendants and will advise the Court of their progress by June 21, 2019. If, by June 21, 2019, the OAG has not yet been able to obtain authority to represent the named Defendant(s), the OAG will file the Defendant(s) last known address under seal with the Court.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Colin R. Wood
**COLIN R. WOOD**
Assistant Attorney General
Attorney-in Charge
Texas State Bar No. 24113466

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
colin.wood@oag.texas.gov
(512) 463-2080 / Fax (512) 370-9388

*AMICUS CURIAE*

**NOTICE OF ELECTRONIC FILING**

I, **COLIN R. WOOD**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files system of the Eastern District of Texas, on June 7, 2019.

/s/ Colin R. Wood
**COLIN R. WOOD**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **COLIN R. WOOD**, Assistant Attorney General of Texas, certify that a true copy of the above has been served by placing it in United States mail, on June 7, 2019, addressed to:

Frederick Carter, TDCJ No. 01292315
Alfred Hughes Unit
Rt. 2 Box 4400
Gatesville, Texas 76597
*Plaintiff Pro Se*

/s/ Colin R. Wood
**COLIN R. WOOD**
Assistant Attorney General