# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| **FREDERICK CARTER,** | § | |
| **TDCJ #01292315,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 9:17-CV-00040** |
| | § | |
| **BRAD LIVINGSTON, et al.,** | § | **JURY** |
| *Defendants.* | § | |

## JURY DEMAND TO DEFENDANT DREW STALINSKY'S ORIGINAL ANSWER

Defendant Drew Stalinsky files this **Jury Demand** as an adjunct to his Original Answer, which was filed this date in response to Plaintiff's complaint.

Should trial be necessary, Defendant Drew Stalinsky respectfully demands a trial by jury.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Melissa A. Russo
**MELISSA A. RUSSO**
Assistant Attorney General
Texas State Bar No. 24099941
melissa.russo@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANT STALINSKY**

## NOTICE OF ELECTRONIC FILING

I, **MELISSA A. RUSSO**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above in accordance with the Electronic Case Files System of the Eastern District of Texas on June 27, 2019.

/s/ Melissa A. Russo
**MELISSA A. RUSSO**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **MELISSA A. RUSSO**, Assistant Attorney General of Texas, certify that a true copy of the above has been served by placing it in United States Mail, postage prepaid, on June 27, 2019, addressed to:

Frederick Carter, TDCJ #01292315  *CMRRR70180680000136885623*

Hughes Unit
Rt. 2 Box 4400
Gatesville, Texas 76597
**Plaintiff *Pro Se***

/s/ Melissa A. Russo
**MELISSA A. RUSSO**
Assistant Attorney General